No. 455. MARINE TERMINALS CORP. *v.* AMERICAN PRESIDENT LINES, LTD. C. A. 9th Cir. Certiorari denied. *Joe Crider, Jr.* for petitioner. *Joseph J. Geary* for respondent.

No. 456. PAQUET *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *O. P. Soares* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 458. LEHMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Edward S. Bentley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 460. ANDERSON ET AL., DOING BUSINESS AS H. S. ANDERSON CO., *v.* MITCHELL, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied. *Homer D. Crotty* for petitioners. *Solicitor General Rankin, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 461. GLENN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jerome L. Yesko* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 470. WALTHER DAIRY PRODUCTS ET AL. *v.* KRAFT FOODS CO. C. A. 7th Cir. Certiorari denied. *Vernon W. Thomson,* Attorney General, and *Roy G. Tulane,* Assistant Attorney General, for the State of Wisconsin, *Maxwell Barus* and *Stuart S. Ball* for Walther Dairy Products et al., and *Joseph G. Werner* for the Wisconsin Swiss &

Limburger Cheese Producers' Association et al., petitioners. *Cyril A. Soans* for respondent.

No. 477. PHOENIX INDEMNITY Co. *v.* LAVOIE. Superior Court of Massachusetts, Suffolk County. Certiorari denied. *Samuel P. Sears* for petitioner. *John L. Hall* for respondent.

No. 479. COLVILLE, EXECUTRIX, *v.* KOCH, ADMINISTRATRIX. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioner. *M. M. Newmark* for respondent.

No. 480. GULF COAST SHRIMPERS & OYSTERMANS ASSOCIATION ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Albert Sidney Johnston, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.

No. 482. HERINGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *R. E. H. Julien* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 485. WARNER *v.* FIRST NATIONAL BANK OF MINNEAPOLIS. C. A. 8th Cir. Certiorari denied. *R. H. Fryberger* for petitioner. *Joseph H. Colman* and *Harold G. Cant* for respondent.

No. 486. DUNNING ET AL. *v.* Q. O. ORDNANCE CORP. C. A. 8th Cir. Certiorari denied. *Frank H. Terrell* and *Thomas W. Lanigan* for petitioners. *G. L. DeLacy* for respondent.